IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANDRA JAMES, o/b/o A.T.K.J., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0151-CG-B |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commission of Social Security, denying Plaintiff's claim for child supplemental security income, is **AFFIRMED**.

**DONE and ORDERED** this 29th day of September, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE